**Motion Granted; Order filed January 14, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00104-CR
_____

**YANTSEY GONZALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1303536**

## ORDER

Appellant filed a motion requesting supplementation of the record with the original of **State's exhibit 20, a scene video and State's exhibit 56, a CD.**

The clerk of the 178th District Court is directed to deliver to the Clerk of this court the original of State's exhibit 20, a scene video and State's exhibit 56, a CD, on or before **February 5, 2014.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibit 20, a scene video and State's exhibit 56, a CD, to the clerk of the 178th District Court.


PER CURIAM